Bruce B. Paul (admitted *pro hac vice*)
McBRAYER PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
Direct: 502.783.6245
T: 812.282.7566
F: 502.327.5444
E: bpaul@mcbrayerfirm.com

Mari-Elise Paul (admitted *pro hac vice*)
STITES & HARBISON PLLC
400 W. Market St., Suite 1800
Louisville, KY 40202
T: 703.837.3932
E: mpaul@stites.com

Jay Woollacott (Cal. Bar #83032)
WOOLLACOTT PLC
10850 Wilshire Boulevard, Suite 825
Los Angeles, California 90024-4644
T: 310.481.2222
E: jw@woollacottPLC.com

Attorneys for Defendant
PIXELS.COM, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SID AVERY AND ASSOCIATES, INC. d/b/a MPTV IMAGES,<br><br>Plaintiff,<br><br>v.<br><br>PIXELS.COM, LLC,<br><br>Defendant. | Case No. 2:18-cv-10232-CJC(JEMx)<br><br>**DEFENDANT PIXELS.COM, LLC'S MOTION IN LIMINE TO EXCLUDE EXPERT BONNIE ROWAN**<br><br>DATE: October 26, 2020<br>TIME: 3:00 p.m.<br>JUDGE: The Honorable Cormac J. Carney<br>Trial Date: November 3, 2020 |

# NOTICE OF MOTION AND MOTION

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on October 26, 2020 at 3:00 p.m., at the parties' pretrial conference, Defendant Pixels.com, LLC will and hereby does submit this motion *in limine* for an order, pursuant to Federal Rules of Civil Procedure 26 and 37 and Federal Rule of Evidence 702, precluding Plaintiff Sid Avery and Associates, Inc. d/b/a MPTV Images from offering argument or eliciting evidence seeking to introduce the testimony of Ms. Bonnie Rowan as an expert witness at trial.

This motion is made following the meet and confer of counsel pursuant to L.R. 7-3, which took place on August 21, 2020.

This motion is based on this Notice of Motion and Motion and the Memorandum of Points and Authorities contained herein, the pleadings and papers on file in this action, and the argument of counsel present at the hearing on the motion.

DATED: August 28, 2020

                                            McBRAYER PLLC

                                            By:/s/ *Bruce B. Paul*
                                               Bruce B. Paul
                                            Counsel for Defendant
                                            PIXELS.COM, LLC