UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 18-10232-CJC (SSx) |
| Title: | Sid Avery and Associates, Inc. v. Pixels.com, LLC |
| Date | November 5, 2020 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Cheryl Wynn | Debbie Hino-Spaan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jonah Grossbardt; Joel B. Rothman | Bruce Paul; Mari-Elise Paul; Jay Woollacott |

__X__ Day Court Trial  ____ Day Jury Trial

____ One day trial: ____ Begun (1st day); ____ Held & Continued; __X__ ~~Completed by jury verdict~~/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
✓ Witnesses called, sworn and testified.  ✓ Exhibits Identified  ✓ Exhibits admitted.
____ Plaintiff(s) rest.  ✓ Defendant(s) rest.
____ Closing arguments made by ____ plaintiff(s) ____ defendant(s). ____ Court instructs jury.
____ Bailiff(s) sworn.  ____ Jury retires to deliberate.  ____ Jury resumes deliberations.
____ Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read and filed.
____ Jury polled.  ____ Polling waived.
✓ Filed Witness & Exhibit Lists  ____ Filed jury notes.  ____ Filed jury instructions.
____ Judgment by Court for ____ plaintiff(s) ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).
✓ Case submitted.  ✓ Briefs to be filed by Plaintiff brief 12/1; Defendant brief 12/22; Plaintiff reply 12/29
____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.
____ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the ~~Jury~~/Court for ~~deliberation~~/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Case continued to _____ for further trial/further jury deliberation.
✓ Other: Closing Briefs are limited to 35 pages. Reply limited to 15 pages

3 : 26

Initials of Deputy Clerk   cw

cc: