JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/24/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID AVERY AND ASSOCIATES, INC. d/b/a MPTV IMAGES,<br><br>Plaintiff,<br><br>v.<br><br>PIXELS.COM, LLC,<br><br>Defendant. | Case No.: CV 18-10232-CJC(JEMx)<br><br><br><br>JUDGMENT |

Plaintiff Sid Avery and Associates, Inc., d/b/a MPTV Images, brings this action against Defendant Pixels.com, LLC. On February 24, 2021, the Court issued a memorandum of decision in favor of Defendant.

//

//

//

//

-1-

1  In accordance with the Court's Memorandum of Decision, **IT IS HEREBY**
2  **ORDERED** that judgment is entered in favor of Defendant and against Plaintiff.
3  Plaintiff shall take nothing on its complaint against Defendant.

5  DATED: February 24, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE