# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Sid Avery and Associates Inc.

                    V.                          Case Number:  2:18-cv-10232-CJC(JEMx)

Pixels.com, LLC

Judgment was entered in this action on ___2/24/2021___ / ___154___ against  Plaintiff Sid Avery and Associates, Inc. _____ .
                                        Date            Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---:|
| Clerk's Fees (L.R. 54-3.1):………………………………………………………… | $0.00 |
| Fees for Service of Process (L.R. 54-3.2): ……………………………………… | $0.00 |
| United States Marshal's Fees (L.R. 54-3.3):……………………………………… | $0.00 |
| Transcripts of Court Proceedings (L.R. 54-3.4):………………………………… | $1,851.66 |
| Depositions (L.R. 54-3.5): ………………………………………………………… | $6,427.25 |
| Witness Fees - itemize on page 2 (L.R. 54-3.6):………………………………… | $0.00 |
| Interpreter's Fees (L.R. 54-3.7):………………………………………………… | $0.00 |
| Docket Fees (L.R. 54-3.8):………………………………………………………… | $0.00 |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9):… | $0.00 |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): …… | $670.10 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): ………………………… | $0.00 |
| Other Costs - attach court order (L.R. 54-3.12):………………………………… | $0.00 |
| State Court Costs (L.R. 54-3.13):………………………………………………… | $0.00 |
| Costs on Appeal (L.R. 54-4): …………………………………………………… | $0.00 |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): ………………… | $0.00 |
| **TOTAL** | $8,949.01 |

<u>**NOTE**</u>**: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.**

| DECLARATION |
|---|

          I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System

☐ Conventional service by first class mail

☐ Other _____

/s/ Bruce B. Paul _____          Bruce Benjamin Paul _____
Signature                                    Print Name

Attorney for: Pixels.com, LLC _____

Costs are taxed in the amount of _____

_____    By: _____    _____
Clerk of Court                    Deputy Clerk                    Date

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |